EARL B. BARNES, as Trustee in Bankruptcy of THOMAS H. COWLEY et al., Individually and as Copartners under the Firm Name of THOS. H. COWLEY & CO., Appellant, *v.* WILLIAM SCHATZKIN et al., Individually and as Copartners under the Firm Name of SCHATZKIN, BERNSTEIN & Co., Respondents, Impleaded with Others.

EARL B. BARNES, as Trustee in Bankruptcy of THOMAS H. COWLEY et al., Individually and as Copartners under the Firm Name of THOS. H. COWLEY & CO., Appellant, *v.* LAWRENCE J. HIRSCH et al., Individually and as Copartners under the Firm Name of MORRIS & SMITH, Respondents, Impleaded with Others.

(Submitted May 3, 1926; decided May 11, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 242 N. Y. 555.)